UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARVIN ESTUARDO XOL-MAAS,

                    Petitioner,

           -v-

LADEON FRANCIS, et al.,

                  Respondents.

26-CV-00025 (JAV)

ORDER TO ANSWER, 28 U.S.C. § 2241

JEANNETTE A. VARGAS, United States District Judge:

Petitioner Marvin Estuardo Xol-Maas, through counsel, has filed a Petition for the writ of habeas corpus under 28 U.S.C. § 2241.  Also before the Court is Petitioner's Emergency Motion for Temporary Restraining Order, Administrative Stay, and Order to Show Cause ("TRO"), alleging that Petitioner is a Special Immigrant Juvenile ("SIJ") beneficiary with an approved Form I-360, no criminal history, a pending Motion to Reopen his removal proceedings, and a congressionally created path to lawful permanent residence.  ECF No. 2 at 2.

The Court, having examined the Petition, hereby ORDERS that, to preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the United States absent further order of this Court.  *See, e.g.*, *Khalil v. Joyce*, No. 25-CV-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Sec*., No. 25-CV-0644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases.").

**Moreover, in light of Petitioner's interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the**

**District of New Jersey absent further order of this Court.** *See, e.g.*, *Perez y Perez v. Noem*, No. 25-CV-4828 (DEH), 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a *habeas* petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205 (WJM) (STV), 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117 (BLF), 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

Within **two business days of the date of this Order**, Respondents shall file a letter with the following information:

a. whether Petitioner was, as the Petition alleges, *see* ECF No. 1 ("Pet.") ¶¶ 13, 21, located in the Southern District of New York at the time that the Petition was filed and, if not, what District Petitioner was in at the time of filing and whether the Petition should be immediately transferred to that District, *see, e.g.*, *Öztürk v. Hyde*, 136 F.4th 382, 391-92 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y. 2025);

b. Petitioner's A-number, current place of detention, and a contact person who can facilitate counsel's access to Petitioner;

c. confirmation that ICE has been provided with a copy of this Order;

d. the statutory provision(s) under which Respondents assert the authority to detain Petitioner;

e. If the asserted basis for Petitioner's detention is 8 U.S.C. § 1225(b)(2)(A), whether there is any basis to distinguish this case from *Mcdonald v. Francis*, 25-CV-9355 (JAV). If not, whether Respondents would consent to issuance of the writ—subject to preservation of Respondents' arguments for appeal. If there is a basis to distinguish, whether Respondents waive the right to submit an answer and consent to issuance of the writ subject to preservation of Respondents' arguments for appeal.

f. a copy of any final order of removal; and

g. any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings.

Respondents' response to the motion for a TRO shall be due no later than 12:00 p.m. on **Thursday, January 8, 2026**.

The parties shall appear for a conference with the Court on Friday, **January 9, 2026, at 2:30pm.** The conference will be held via Microsoft TEAMS at the following link:

https://teams.microsoft.com/l/meetup-join/19%3ameeting_ZDBiNGY5MjUtOWQzMy00MGQ5LWJkNGUtMjU1YzIyNjNjZDQ3%40thread.v2/0?context=%7b%22Tid%22%3a%221d66f037-8266-4d1c-919c-67c6543d3542%22%2c%22Oid%22%3a%2232432cb3-9c18-4150-9992-4f0a594dba15%22%7d

(Meeting ID: 290 627 119 292 85; Passcode: 9oF7r3gR).

Counsel should confer in advance of the conference and submit a joint letter, no later than 12:00 p.m. on **Thursday, January 8, 2026**, indicating whether the conference is necessary and addressing how the Court should handle the Petition and the motion for a TRO (including whether the Court's consideration of the merits of the Petition should be consolidated with its consideration of injunctive relief under Rule 65(a)(2)).[1]

All counsel are required to register promptly as filing users on ECF.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-jeannette-vargas.**

If this case has been settled or otherwise terminated, the parties are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of

---

[1] If Petitioner was not in the Southern District of New York at the time the Petition was filed, the parties should confer and indicate in the joint letter whether the Court should order immediate transfer to the District in which Petitioner was located at the time of filing. *See, e.g.*, *Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y. 2025).

termination is filed on the docket prior to the date of the conference, using the appropriate ECF

Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at*

http://nysd.uscourts.gov/ecf_filing.php.

### CONCLUSION

No later than <u>today</u>, Petitioner's counsel shall (1) serve Respondents with a copy of the

Petition and accompanying papers, along with a copy of this Order, to the Civil Division of the

U.S. Attorney's Office, and (2) promptly file proof of such service on the docket.  Counsel for

Respondents shall promptly enter notices of appearance.

SO ORDERED.

Dated:    January 5, 2026
          New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge