UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVIN ESTUARDO XOL-MAAS,<br><br>                       Petitioner,<br><br>                -v-<br><br>LADEON FRANCIS, et al.,<br><br>                      Respondents. | 26-CV-00025 (JAV)<br><br>SCHEDULING ORDER |

JEANNETTE A. VARGAS, United States District Judge:

      On January 3, 2026, Petitioner Marvin Estuardo Xol-Maas, through counsel, filed a petition for the writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") and an Emergency Motion for Temporary Restraining Order, Administrative Stay, and Order to Show Cause.  ECF No. 2 at 2.  On January 5, 2026, the Court issued an order preserving its jurisdiction and prohibiting transfer while the Petition and motion remain pending.  ECF No. 3 ("Order").

      It is hereby ORDERED that a hearing will be held with respect to Petitioner's motion.  ECF No. 2.  The hearing will take place on **Monday, January 26, 2026**, at **2:30 p.m.**, in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      It is FURTHER ORDERED that the parties shall submit a joint letter no later than **12:00 p.m. on Friday, January 23, 2026**, informing the Court (1) whether the parties consent to a consolidated hearing, under Rule 65(a)(2), on Petitioner's request for injunctive relief and the merits of his Petition; (2) whether either party will seek to introduce evidence beyond the parties' briefing at the hearing; (3) if so, a list of witnesses to be called along with a summary of their anticipated testimony; (4) an exhibit list in the format required by the Court's Individual Rules and Practices for Hearings and Trials; and (5) whether Petitioner seeks to testify at the hearing.

      Any pre-marked exhibits that the parties seek to submit as evidence shall be submitted to the Court by **12:00 PM on Friday, January 23, 2026**, via flash drive and in the formats required by the Court's Individual Rules and Practices for Hearings and Trials.

      SO ORDERED.

Dated: January 21, 2026
       New York, New York

                                        JEANNETTE A. VARGAS
                                        United States District Judge