**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
MARVIN ESTUARDO XOL-MAAS,

                           Plaintiff,

        -against-                                          26 **CIVIL** 025 (JAV)

                                                   **JUDGMENT**

LADEON FRANCIS, et al.,

                       Defendants.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 18, 2026, the Petition is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       February 24, 2026

                                           **TAMMI M. HELLWIG**
                                             **Clerk of Court**

                        BY:

                                             **Deputy Clerk**